| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Smith, Jr., Charles L | 2. Court or Organization  Northern District of Alabama | 3. Date of Report  5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  United States Courthouse  101 Holmes Avenue  Huntsville, Ala. 35801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. _____ | _____ |
| 2. _____ | _____ |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.  1981 | Judicial Retirement Fund of Alabama (Retirement fund of former employer, State of Alabama), no control |
| 2.  1981 | Madison County, Alabama Retirement Fund (Retirement fund of former employer, Madison County), no control |

2004 MAY 17 P 2:27  RECEIVED  FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2003 | Madison County Commission (Salary) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regions Bank | Rental Property No. 2, Madison, Ala. | L |
| 2. Regions Bank | Rental Property No. 3, Baldwin County, Ala. | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. Savings Bonds-Series EE | A | Interest | J | T | | | | | |
| 2. U.S. Savings Bonds-Series EE | A | Interest | J | T | Buy Biweekly | 2003 | | | |
| 3. Regions Financial Corp. | C | Dividend | L | T | Partial Sale | 6/24 | J | A | |
| 4. | | | | | Partial Sale | 9/16 | J | A | |
| 5. Citi Bank Money Fund | A | Interest | J | T | Partial Sale | 9/26 | J | A | |
| 6. Meadowbrook, Ltd. 4.75% Int. in limited partnership | B | Interest | J | U | | | | | |
| 7. Farm | D | Rent (Crop) | N | Q | | | | | |
| 8. Farm House | C | Rent (House) | L | Q | | | | | |
| 9. Conn. Mutual Life Ins. Growth Acct. | A | Dividend | J | T | | | | | |
| 10. Conn. Mutual Life Ins. Intl. Equity Acct. | A | Dividend | J | T | | | | | |
| 11. Conn. Mutual Life Ins. Total Return Acct. | A | Dividend | J | T | | | | | |
| 12. Crown Life Ins. - Cash Value | A | Dividend | J | T | | | | | |
| 13. Adtran, Inc. | | | | | Partial Sale | 2/24 | J | A | |
| 14. | | | | | Sold All | 5/13 | K | E | |
| 15. Apple Computer, Inc. | | None | J | T | Partial Sale | 9/16 | J | | |
| 16. AOL-Time Warner, Inc. | | None | J | T | Partial Sale | 9/16 | J | | |
| 17. Putnam Voyager Fd Cl B | A | Dividend | J | T | | | | | |
| 18. Clorox Co. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. OPENTV Corp Class A | | None | J | T | | | | | |
| 20. WorldCom Group Corp | | None | J | T | | | | | |
| 21. WorldCom, Inc. GA-New MCI Group | A | Dividend | J | T | | | | | |
| 22. Defered Comp Plan - PEBSCO Nationwide Fixed | B | Interest | K | T | Buy Biweek | 2003 | J | A | |
| 23. Madison Co. AL Retirement Fund | B | Interest | K | T | | | | | |
| 24. Deferred Comp Plan - PEBSCO Fidelity Magellan | B | Dividend | K | T | | | | | |
| 25. Deferred Comp Plan - PEBSCO American Century Ultra | B | Dividend | K | T | | | | | |
| 26. Deferred Comp Plan - PEBSCO Putnam Voyager Fd Cl A | B | Dividend | K | T | | | | | |
| 27. Deferred Comp Plan - PEBSCO Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 28. Am Family Broadcasting Corp (Retirement) | | None | J | T | | | | | |
| 29. Fix Corp Intl., Inc. | | None | J | T | Partial Sale | 12/26 | J | | |
| 30. First Merit Corp | A | Dividend | J | T | | | | | |
| 31. Sanmina-SCI Corp | | None | J | T | | | | | |
| 32. Deferred Comp Plan - PETSCO S&P 500 Index | A | Dividend | J | T | | | | | |
| 33. PACT | A | Interest | J | T | | | | | |
| 34. Scholars Choice | B | Dividend | J | T | Buy | 3/21 | J | | |
| 35. | | | | | Buy | 6/19 | J | | |
| 36. | | | | | Buy | 9/17 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | Buy | 12/18 | J | | |
| 38. Weyhauser | A | Dividend | J | T | | | | | |
| 39. Easy Street Investors Corp - ▬▬▬ | | None | K | T | | | | | |
| 40. – Davis Selected - Large Cap - Money Manager Acct | E | Dividend | M | T | | | | | |
| 41. – National Asset Managers - Money Manager Acct | A | Dividend | | | Sold | 4/13 | L | A | |
| 42. – SBAM Mid/Small Cap Growth - Money Manager Acct | A | Dividend | | | Sold | 4/13 | L | A | |
| 43. – TCW Large Cap Growth - Money Manager Acct | A | Dividend | M | T | | | | | |
| 44. – Johnson & Johnson | | | | | | | | | |
| 45. – Unitedhealth Group, Inc. | | | | | | | | | |
| 46. – Pepsico, Inc. | | | | | | | | | |
| 47. – Adtran, Inc. | | | | | Sold | 10/06 | L | F | |
| 48. – Nextel Telecommunications, Inc. | | | | | | | | | |
| 49. – Maxim Intergrated Prod. | | | | | | | | | |
| 50. – Supertex | | | | | | | | | |
| 51. – Miller Industries, Inc. Tenn. | | None | | | Sold | 11/05 | J | | See note in Part VIII |
| 52. – First Tenn. Nat. Corp. | | | | | | | | | |
| 53. – QWest Comm. Intl. | | | | | | | | | |
| 54. – AT&T Corp | | None | | | Sold | 8/04 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Jr., Charles L | 5/14/2004 |

## VII.  INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. — Cisco Sys, Inc. | | | | | | | | | |
| 56. — Exxon Mobil Corp | | | | | | | | | |
| 57. — ICOS Corp | | | | | | | | | |
| 58. — Pfizer, Inc. | | | | | | | | | |
| 59. — Alliant TechSystems, Inc. | | | | | | | | | |
| 60. — Corp Exec Brd Co | | • | | | Sold | 8/04 | K | E | |
| 61. — CyberSource Corp | | | | | | | | | |
| 62. — St. Joe Company | | | | | | | | | |
| 63. — United Technologies Corp. | | | | | | | | | |
| 64. — Varsity Group | | | | | | | | | |
| 65. — Sanmina SCI Corp | | | | | | | | | |
| 66. — Lowe's Companies, Inc. | | | | | | | | | |
| 67. — Goldman Sachs Group | | | | | | | | | |
| 68. — Lincoln National Corp. | | | | | | | | | |
| 69. — Principal Financial Group | | | | | | | | | |
| 70. — Agere Systems Class A | | None | | | Sold | 8/04 | J | | |
| 71. — Agere System Class B | | None | | | Sold | 8/04 | J | | |
| 72. — CopyTele Class A | | | | | Sold | 8/05 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -- Comcast | | None | | | Sold | 8/04 | K | | |
| 74. -- Rorer Large Cap Core Fund | D | Dividend | M | T | Buy | 4/15 | L | | |
| 75. -- Wachovia MM Fund | D | Dividend | M | T | Buy | 4/15 | L | | |
| 76. -- SouthTrust Corp. | A | Dividend | K | T | Buy | 8/04 | K | | |
| 77. -- W.P. Stewart & Co. LTD | A | Dividend | K | T | Buy | 8/04 | K | | |
| 78. -- Net2Phone, Inc. | | None | J | T | Buy | 10/22 | J | | |
| 79. ITC DeltaCom, Inc. - New Issue | | None | J | T | | | | | See note in Part VIII |
| 80. American Century Value Fund | A | Dividend | J | T | | | | | |
| 81. Rental Property No. 2, Madison, Ala. | | None | | | Sold | 10/02 | L | E | Tom Hislop |
| 82. Education IRA No. 1 | | | | | | | | | |
| 83. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |
| 84. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 85. -- Coca Cola Bottling Co. | A | Dividend | J | T | Buy | 2/11 | J | | |
| 86. Education IRA No. 2 | | | | | | | | | |
| 87. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |
| 88. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 89. Education IRA No. 3 | | | | | | | | | |
| 90. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91.  – SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 92.  Education IRA No. 4 | | | | | | | | | |
| 93.  – SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |
| 94.  – SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 95.  Coca Cola Bottling Co. | A | Dividend | J | T | Buy | 2/11 | J | | |
| 96.  eBay, Inc. | | None | J | T | Buy | 11/20 | J | | |
| 97.  Proctor & Gamble | A | Dividend | J | T | Buy | 1/24 | J | | |
| 98.  Johnson & Johnson | A | Dividend | K | T | Buy | 2/12 | J | | |
| 99. | | None | | | Partial<br>Sale | 8/18 | J | | |
| 100. | | None | | | Partial<br>Sale | 9/18 | J | | |
| 101. | | None | | | Partial<br>Sale | 11/17 | J | | |
| 102.  Rental Property No. 3, Baldwin County, Ala. | | None | | | Buy | 10/03 | M | | Craig F. Dyas |
| 103.  Trust No. 1 (X) | A | Dividend | J | T | | | | | |
| 104.  – Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 105.  – Apple Computer, Inc. | | None | J | T | | | | | |
| 106.  – Fix Corp. Intl., Inc. | | None | J | T | | | | | |
| 107.  – ITC DeltaCom, Inc. - New Issue | | None | J | T | | | | | See note in Part VIII |
| 108.  – Johnson & Johnson | A | Dividend | J | T | Buy | 2/11 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | None | | .. | Sold | 6/24 | J | | |
| 110. – Lockheed Martin Corp. | A | Dividend | J | T | Buy | 2/11 | J | | |
| 111. – Regions Financial Corp. | A | Dividend | J | T | Sold | 6/24 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Colunns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Jr., Charles L | 5/14/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Re: Part VII, Line 52: Stock in Miller Industries, Inc. of Tenn., a security held in the portfolio of Easy Street Investors Corp, was sold on 11/05/02. This transaction should have been reported in my 2002 Financial Disclosures, but was omitted through error.

Re: Part VII, Lines 79 & 107: Stock in ITC DeltaCom, Inc. now is included among the assests of Trust No. 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████

Date _May 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544